**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

DANIEL KEVIN SCHMIDT,

    Petitioner,

vs.                                                   CASE NO. 5:07cv281/RS-MD

WALTER A. McNEIL, Secretary of
Florida Department of Corrections,

    Respondent.
_____/

## ORDER

A certificate of appealability is denied because Petitioner has not made a substantial showing of the denial of a constitutional right.

**ORDERED** on June 11, 2010.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**